The People of the State of Illinois ex rel. Dorothy Kness, appellee, v. Lloyd Queckboerner, appellant. Gen. No. 7,344.

Bastardy proceedings. Defendant found guilty. Appeal from the County Court of Carroll county; the Hon. Orion M. Grove, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed January 31, 1925.

J. D. Turnbaugh and R. M. Eaton, for appellant. John R. Connell, State's Attorney, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Arthur W. Dun, appellee, v. Fred Sippel, trading as F. Sippel Auto Company, appellant. Gen. No. 7,359.

Action on contract of employment. Judgment for plaintiff. Appeal from the Circuit Court of Will county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed January 31, 1925.

J. Harold Downey, for appellant. Albert H. Krusemark, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Carl Ault, plaintiff in error. Gen. No. 7,399.

Prosecution for impersonating an officer. Defendant found guilty. Error to the County Court of Kankakee county; the Hon. Henry F. Ruel, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed January 31, 1925.

Donald Gray, for plaintiff in error. Anker C. Jensen, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.

---

Chicago, Milwaukee & Gary Railway Company, appellee, v. Rockford City Traction Company, appellant. Gen. No. 7,402.

Assumpsit to recover money paid on defendant's obligation. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed January 31, 1925. Rehearing denied April 9, 1925. Certiorari denied by Supreme Court (making opinion final).

Fisher, North, Linscott & Gibboney, for appellant. Early & Early, for appellee.

Mr. Justice Partlow delivered the opinion of the court.